No. 86–5020.  BOOTH v. MARYLAND.  Ct. App. Md.  Motion of petitioner for leave to proceed *in forma pauperis* granted and certiorari granted limited to Question 3 presented by the petition.

No. 85–1869.  HOOK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–1883.  MAROTTA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 85–1974.  WHITTINGTON ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 85–2134.  ESTATE OF GILMORE, BY GILMORE, EXECUTOR v. BUCKLEY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 85–2157.  ALUMINUM ASSN., INC., ET AL. v. NORFOLK & WESTERN RAILWAY CO. ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 85–6884.  RAHMAN ET AL. v. GREY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–7124.  CAREY v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 85–7128.  TAYLOR v. MARQUEZ.  C. A. 9th Cir.  Certiorari denied.

No. 86–8.  MASI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–9.  QUINN v. ROBINSON, UNITED STATES MARSHAL FOR NORTHERN DISTRICT OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 86–24.  EGGLESTON ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.